IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LEROY RICHARDSON-BEY,         )
                              )
         Plaintiff,           )
                              )
    v.                        )
                              )    1:23-cv-138
WARDEN M. SHELTON, et al.,    )
                              )
         Defendants.          )

### ORDER

On July 3, 2023 the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 10, 11.) No objections were filed within the time prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 10), is **ADOPTED. IT IS FURTHER ORDERED** that only Plaintiff's individual capacity retaliation claim against Defendant Shelton is allowed to proceed.

**IT IS FURTHER ORDERED** that all other claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted

or seeking monetary relief against a defendant who is immune from such relief.

This the 10th day of August, 2023.

>                              /s/ William L. Osteen, Jr.
>                              United States District Judge