IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LEROY RICHARDSON-BEY,            )
                                 )
        Plaintiff,                )
                                 )
    v.                            )        1:23-cv-138
                                 )
WARDEN M. SHELTON,               )
                                 )
        Defendant.                )

**ORDER**

On August 13, 2025, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 46, 47.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 46), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant Melanie Shelton's Motion for Summary Judgment, (Doc. 42), is **DENIED.**

This the 9th day of September, 2025.

                                    _____
                                    United States District Judge