# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Leroy Richardson-Bey
Plaintiff(s)
v.
Warden M. Shelton, et al.
Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CV138

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Judge William L. Osteen, Jr. | Curtis Holmes | Sarah Varela, Robert Lane, James Barnes |
| **Hearing Date:** | **Court Reporter** | **Courtroom Deputy** |
| 8/31/2026 | Joseph Armstrong | A. Stuart |

| PLF. NO. | DEF. NO. | OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Standard Operation Procedures |
| 3 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Administrative Remedy Procedures |
| 4 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance dtd 11/25/2021 |
| 5 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance dtd 12/2/2021 |
| 6 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 1 Response to Grievance issued 1/04/2022 |
| 7 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance dtd 1/9/2022 |
| 8 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance dtd 1/31/2022 |
| 9 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Email dtd 2/18/2022 |
| 10 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance dtd 2/17/2022 |
| 11 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Email dtd 2/28/2022 |
| 12 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 2 Response to Grievance 3/1/2022 |
| 13 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance filed 3/2/2022 |
| 14 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 1 Response to Grievance dtd 3/14/2022 |
| 15 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Statement of Facts |
| 16 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 3 Response to Grievance dtd 3/21/2022 |
| 17 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 2 Response to Grievance dtd 4/1/2022 |
| 18 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 3 Response to Grievance dtd 4/27/22 |
| 19 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance filed 5/1/2022 |
| 20 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Witness Statement |
| 21 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 1 Response to Grievance dtd 5/12/2022 |
| 22 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 3 Response to Grievance issued 5/27/2022 |
| 23 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 2 Response to Grievance issued 8/27/2022 |
| 24 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 1 Response to Grievance issued 1/4/2023 |
| 25 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance filed 12/17/2022 |
| 26 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 2 Response to Grievance issued |
| 27 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Plaintiff Grievance filed 1/24/2023 |
| 28 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 3 Response to Grievance issued 1/30/2023 |
| 29 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 1 Response to Grievance issued 2/10/2023 |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

**Case Name: Richardson-Bey v. Warden M. Shelton, et al Case No.: 1:23cv138**

| PLF. NO. | DEF. NO. | OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 2 Response to Grievance issued 2/22/2023 |
| 31 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Step 3 Response to Grievance issued 3/7/2023 |
| 32 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Correspondence Tracking System |
| 33 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Work Release Fund Statement |
| 34 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Record of Transfer/Backlog |
| 36 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Email dtd 11/16/2021 |
| 37 | | 8/31/2026 | 8/31/2026 | 8/31/2026 | Document: Transfer Action |
| X | | 8/31/2026 | ---- | ---- | ***Melanie Shelton, (witness)*** |
| X | | 8/31/2026 | ---- | ---- | ***Shameeka Adams, (witness)*** |
| X | | 8/31/2026 | ---- | ---- | ***Leroy Richardson-Bey, (witness)*** |
| 1 | | 8/31/2026 | 8/31/2026 | | Document: Letter from Plaintiff dtd 11/7/2021 |
| | 6 | 8/31/2026 | 8/31/2026 | | Document: Letter from Parole Commission May 2022 |
| | 5 | 8/31/2026 | 8/31/2026 | | Document: OPUS Document |
| DAY | 2 | TRIAL | 9/1/2026 | | |
| | X | 9/1/2026 | ---- | ---- | ***Melanie Shelton, (witness)*** |
| 43 | | 9/1/2026 | 9/1/2026 | 9/1/2026 | Document: Work Release Policy and Procedure |
| X | | 9/1/2026 | ---- | ---- | ***Leroy Richardson-Bey, (witness) - recalled*** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |